Such matters were before the local board on December 3, 1968, when it denied his C–O claim and reclassified appellant as I–A. Appellant deliberately refused throughout the proceedings to appear personally before the board in order to assist it in determining the sincerity of his C–O claim.

In my view the petition for rehearing should be granted in light of the teachings set forth in McGee v. United States, supra; McKart v. United States, 395 U.S. 185, 89 S.Ct. 1657, 23 L.Ed.2d 194 (1969); United States v. Zmuda, 423 F.2d 757 (3d Cir.), cert. denied, 398 U.S. 960, 90 S.Ct. 2176, 26 L.Ed.2d 545 (1970); and Lockhart v. United States, 420 F.2d 1143 (9th Cir. 1969) en banc.

**Charles A. BARBARIN, Petitioner-Appellant,**

v.

**UNITED STATES of America, Respondent-Appellee.**

No. 71–1537

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Aug. 9, 1971.

Charles Barbarin, pro se.

Gerald J. Gallinghouse, U. S. Atty., Patrick C. McGinity, Asst. U. S. Atty., New Orleans, La., for the United States.

Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed.[1]  See Local Rule 21.[2]

**GENUINE PARTS COMPANY, Plaintiff-Appellant-Cross Appellee,**

v.

**FEDERAL TRADE COMMISSION et al., Defendants-Appellees-Cross Appellants.**

No. 30884.

United States Court of Appeals, Fifth Circuit.

July 21, 1971.

---

* Rule 18, 5 Cir.; Isbell Enterprises, Inc. v. Citizens Casualty Company of New York, et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. See Barbarin v. United States, 329 F. Supp. 549 (E.D.La.1971).

2. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966.